RECEIVED
IN LAKE CHARLES, LA.

JUL 16 2015

TONY R. MOORE, CLERK
BY_____
                DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:14 CR 00187-03 |
| VS. | : | JUDGE MINALDI |
| NORVELL KEITH HARRIS | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Norvell Keith Harris, is ACCEPTED and that Norvell Keith Harris is adjudicated guilty of the offense charged in Count One of the Indictment.

Sentencing shall be held on the __6th__ day of __August__, 2015 at __10:00__ AM before the undersigned/

Lake Charles, Louisiana, this __16__ day of July, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 67 issued May 4, 2015.